UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOAN McCRAY,

                Plaintiff,                No. 09-cv-10896

vs.                                            Hon. Gerald E. Rosen

ANNIE CARTER, TERRY CATHINGS,
MARVIS COFIELD, JOYCE HAYES-GILES,
OTIS MATHIS III, DAVID MURRAY, CARLA
D. SCOTT, IDA SHORT, MARIE L.
THORNTON, TYRONE WINFREY, JIMMY
WOMACK, and the DETROIT BOARD
OF EDUCATION,

                Defendants.
_____/

## JUDGMENT

The Court having this date entered an Opinion and Order granting Defendants' Motions for Summary Judgment and dismissing Plaintiff's Complaint, in its entirety, with prejudice, and being otherwise fully advised in the premises,

    NOW, THEREFORE,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT OF DISMISSAL, WITH PREJUDICE, be, and hereby is, entered.


Dated: March 29, 2013       s/Gerald E. Rosen
                                    Chief Judge, United States District Court


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 29, 2013, by electronic and/or ordinary mail.

                            s/Julie Owens
                            Case Manager, (313) 234-5135